THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PADRAIC KEATING, Appellant.

Submitted May 14, 2012; decided June 27, 2012

Motion for reargument denied [*see* 18 NY3d 932 (2012)].

TONY PERPIGNAN, Appellant, v FIRST FRANKLIN FINANCIAL CORP., Respondent.

Submitted May 7, 2012; decided June 27, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 976 (2012)].

In the Matter of LINDA SALVATI, an Incapacitated Person. JULIE STOIL FERNANDEZ, Appellant. GEORGE J. McCORMACK, Nonparty Respondent.

Submitted May 7, 2012; decided June 27, 2012

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of REMUS SMITH, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted May 7, 2012; decided June 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.